JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANTONIO FAHIE,

                Petitioner,

         v.

NEIL McDOWELL, Warden,

                Respondent.

Case No. CV 17-2092-PSG (SP)

**JUDGMENT**

     Pursuant to the Memorandum and Order Summarily Dismissing Petition,

     IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: _____3/29/17_____

_____

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE